164 A.3d 391

WELLS FARGO BANK, N.A., PLAINTIFF-RESPONDENT, v. APRIL HURLEY AND RAYMOND. J. HURLEY, DEFENDANTS-PETITIONERS.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005235–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.